## City of Chicago, Appellee, v. Lillie Jones, Appellant. Gen. No. 45,143.

Bates & Conner, for appellant; Alva L. Bates, of counsel; John J. Mortimer, Acting Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and James B. Parsons, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 4, 1950; released for publication December 19, 1950.

## City of Chicago, Appellee, v. Robert Carson, Appellant. Gen. No. 45,201.

Louis L. Gould and Stephen Lee, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed December 5, 1950; released for publication December 28, 1950.